PYRAMID ELECTRIC CO., PLAINTIFF-PETITIONER, v. STANLEY J. STAKLINSKI, DEFENDANT-RESPONDENT.

*Messrs. Lynch, Lora & Milstein* and *Mr. Benjamin Gross* for the petitioner.

*Messrs. Stein, Stein & Engel* and *Mr. David M. Pindar* for the respondent.

June 23, 1960.   Denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL OF GIUSEPPI PEPITONE.

*Mr. Douglas C. Baker* for the petitioner.

*Mr. Joseph Bigel* for the respondent.

June 23, 1960.   Denied.